**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KATEISA GREEN                                                                      PLAINTIFF

v.                                              5:15CV00020-JTK

GREG BOLIN, et al.                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be,  and it is hereby, DISMISSED with prejudice. The relief

sought is denied.

IT IS SO ADJUDGED this 6th day of January, 2016.


_____
     JEROME T. KEARNEY
     UNITED STATES MAGISTRATE JUDGE